Charles Marvin, Chairman of the Board of County Commissioners of Duval County, and Francis P. Flem-

ing, Appellants, vs. Amander W. Barrs and E. W. Vail, Appellees.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

John E. Hartridge, for Appellants.

W. B. Young, for Appellees.

The bill in this cause was filed by the appellees against the appellants and Noble A. Hull, Clerk of the Circuit Court of Duval county, and *ex officio* auditor of the Board of County Commissioners of said county. There was decree for the complainants, and the defendants appeal. Subsequently there was a severance as to the appellant Hull, and the cause proceeded in the names of the other appellants. The decree is affirmed.

Decision Per Curiam.